UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| SCOTT R. JAKUBIN,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE OF INDIANA, DEPARTMENT OF TRANSPORTATION,<br><br>    Defendant. | Cause No. 2:23-cv-00175-GSL |

## NOTICE OF TENTATIVE SETTLEMENT

Defendant, State of Indiana, Department of Transportation (INDOT), by counsel, Gustavo A. Jimenez, Deputy Attorney General, and pursuant to Northern District Local Rule 16-1(g), respectfully notifies the Court that the parties have reached a tentative settlement in this matter. Pursuant to Indiana law, the settlement is conditional on final approval by the Indiana Attorney General and Governor[1]. Final settlement approval will promptly be sought. At this time, further proceedings related to the claims are unnecessary pending finalization of the tentative settlement, at which time dismissal documents will be filed.

Respectfully submitted,

Theodore E. Rokita
Indiana Attorney General
Attorney No. 18857-49

Date: January 14, 2025     By:     */s/ Gustavo A. Jimenez*
Gustavo A. Jimenez
Deputy Attorney General
Attorney No. 35866-53

---

[1] Only the Governor of the State of Indiana may settle claims against the State and its employees. Ind. Code §§ 4-6-2-11, 34-13-4-1. The Office of the Attorney General, pursuant to Ind. Code § 34-13-3-15, has sole authority to advise the Governor as to the desirability of compromising or settling this lawsuit and to perfect it once the Governor has approved the settlement.

> Office of Attorney General Todd Rokita
> Indiana Government Center South – 5th Floor
> 302 West Washington Street
> Indianapolis, IN 46204
> Telephone: (317) 234-2623
> Fax: (317) 234-7979
> Email: Gustavo.Jimenez@atg.in.gov

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing has been sent to all registered parties by operation of the Court's electronic filing system.

> */s/ Gustavo A. Jimenez*
> Gustavo A. Jimenez
> Deputy Attorney General